KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

GEORGE L. BEVAN JR. (CSBN 65207)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: 510-637-3689
            415-308-7976
   Fax 510-637-3679

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4-06-70107-WDB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESCHEDULING DEFENDANT'S APPEARANCE |
| RODERICK A. SHACKELFORD WILLIAMS, | |
| Defendant. | |

     The defendant, Roderick A. Williams, and the United States, through their respective counsel, hereby stipulate and agree to reschedule the defendant's appearance to **April 12, 2006, at 10:00 a.m.**  CJA panel counsel Michael Berger was recently appointed counsel for defendant, and the currently scheduled date of April 11, 2006 conflicts with another commitment on his calendar.

     Moreover, the parties stipulate to exclude period between April 6, 2006 and April 11, 2006, for purposes of the Speedy Trial Act in the interests of justice, given the need for effective representation, the complexity of this case, and the need to review discovery

provided by the government.

Dated:   4-10-06            /s/
                            MICHAEL BERGER, ESQ.
                            Counsel for Defendant

                            _____
                            KEVIN V. RYAN
                            United States Attorney

Dated:   4-10-06            /s/
                            GEORGE L. BEVAN JR.
                            Assistant United States Attorney

IT IS SO ORDERED.

Dated:  April 11, 2006



                            _____
                            WAYNE D. BRAZIL
                            United States Magistrate Judge