KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

GEORGE L. BEVAN JR. (CSBN 65207)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: 510-637-3689
            415-308-7976
   Fax 510-637-3679

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4-06-70107-WDB |
|        Plaintiff, ) | |
|   v. ) | STIPULATION AND ORDER RESCHEDULING DEFENDANT'S APPEARANCE |
| RODERICK A. SHACKELFORD WILLIAMS, ) | |
|        Defendant. ) | |

      The defendant, Roderick A. Williams, and the United States, through their respective counsel, hereby stipulate and agree to reschedule the defendant's appearance to **April 12, 2006, at 10:00 a.m.** CJA panel counsel Michael Berger was recently appointed counsel for defendant, and the currently scheduled date of April 11, 2006 conflicts with another commitment on his calendar.

      Moreover, the parties stipulate to exclude period between April 6, 2006 and April 11, 2006, for purposes of the Speedy Trial Act in the interests of justice, given the need for effective representation, the complexity of this case, and the need to review discovery

1  provided by the government.
2
3
4  Dated:  4-10-06                      /s/
                                 MICHAEL BERGER, ESQ.
5                                Counsel for Defendant
6
7                                KEVIN V. RYAN
                                 United States Attorney
8
9  Dated:  4-10-06                      /s/
                                 GEORGE L. BEVAN JR.
10                               Assistant United States Attorney
11
12
13
14 IT IS SO ORDERED.
15
   Dated:  April 11, 2006
16
17
18
                                 _____
19                               WAYNE D. BRAZIL
                                 United States Magistrate Judge
20

*IT IS SO ORDERED*
*Wayne D. Brazil*
*Judge Wayne D. Brazil*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2