PROPOSED ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil U.S. Magistrate Judge

RE: WILLIAMS, Roderick Alexander Shackelford

FROM: Claudette M. Silvera, Chief U.S. Pretrial Services Officer

DOCKET NO.: CR4-06-70107

CR 06-00253 CW

FILED
AUG 4 - 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DATE: August 3, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Taifa M. Gaskins
U.S. PRETRIAL SERVICES OFFICER

(510) 637-3756
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. #4 on FRIDAY, 8/18/06 at 10:00 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____    8-4-06
JUDICIAL OFFICER                  DATE

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Sheilah, Financial