FILED

AUG 1 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MICHAEL R. BERGER
Attorney at Law
California State Bar No. 65195
3306 Harrison Street
Oakland, California 94611
Telephone: 510/834-4511

Attorney for Defendant
RODERICK A. SHACKLEFORD WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,                          NO: CR-06-00253-1 CW

v.

RODERICK A. SHACKLEFORD WILLIAMS,

    Defendant.
_____/

### EX PARTE APPLICATION AND [PROPOSED] ORDER
### FOR PAYMENT OF DEFENDANT'S AIRFARE
### TO ATTEND BAIL REVIEW HEARING

**APPLICATION:**

1. The undersigned is the attorney appointed to represent the defendant in the within action, who resides in Las Vegas, Nevada, and is presently under the supervision of the United States Pretrial Services Office pending disposition of this matter.

2. I have been advised that Magistrate Judge Brazil has received information from the Pretrial Services officer, based on which he desires to hold a bail review hearing as expeditiously as possible.

cc: WMB's stats, Copy to parties via ECF, Pretrial
2 certified copies to Marshal, Sherlah

3. On August 8, 2006, I spoke with Mr. Williams by telephone and told him that he must arrange to come to Oakland for the hearing. Mr. Williams told me that he does not presently have enough money for airfare, and that he was not certain how soon he would be able to purchase an airplane ticket from Las Vegas to Oakland.

4. On August 9, 2006, I spoke by telephone with a representative of the United States Marshals Office, who stated that on receipt of an order, his office would arrange for an e-ticket which Mr. Williams could receive at the Las Vegas airport, allowing him to travel to Oakland at no expense to himself.

5. Wherefore, I request that this Court set the bail review hearing for Friday, August 18, 2006, at 10:00 a.m., and that the United States Marshal be ordered to arrange to pay for Mr. William's airfare on a flight from Las Vegas to Oakland on August 17, 2006, as well as a return flight on a date to be determined after his presence in Oakland is no longer required.

6. On August 9, 2006, I served a copy of this application on Assistant United States Attorney George L. Bevan, Jr., by fax to his office, (510) 637-3679, pursuant to Criminal Local Rule 47-3(a).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 9, 2006

s/_____
MICHAEL R. BERGER
Attorney for Defendant

[~~PROPOSED~~] ORDER:

The Court having read and considered the foregoing application, and good cause therefrom appearing, IT IS HEREBY ORDERED, that the United States Marshal arrange to pay fare for defendant Roderick A. Shackleford Williams to fly from Las Vegas, Nevada to Oakland, California on August 17, 2006. ~~and for a return flight on a date to be determined after his presence in Oakland is no longer required.~~ /WDB/

Dated: 8/11/06

HON. WAYNE D. BRAZIL
United States District Magistrate Judge