KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GEORGE L. BEVAN JR. (CSBN 65207)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: 510-637-3689
           415-308-7976
   Fax 510-637-3679
   Email: George.bevan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR No. 06-00253-CW |
|        Plaintiff,      ) | |
|               ) | STIPULATION AND ORDER |
|    v.            ) | RESCHEDULING DATE |
|               ) | OF  SENTENCING |
|               ) | |
| RODERICK A. SHACKELFORD   ) | |
| WILLIAMS,          ) | |
|        Defendant.     ) | |

     The defendant, Roderick A. Williams, and the United States, through their respective counsel, hereby stipulate and agree to reschedule the defendant's appearance from **September 11, 2006**, to **December 11, 2006, at 2:00 p.m.** CJA panel counsel Michael Berger and government counsel agree that additional time is necessary in order for both sides to fulfill the consideration of the plea agreement, and for the case to be in a posture to proceed to sentencing.

1        For these reasons, the parties jointly request that the currently sentencing date of

2  sentencing date of September 11, 2006, to be rescheduled.

3

4

Dated: _____9/5/06_____          _____/s/_____
5                                        MICHAEL BERGER, ESQ.
6                                        Counsel for Defendant

7
                                         KEVIN V. RYAN
8                                        United States Attorney

9
Dated: _____9/5/06_____          _____/s/_____
10                                       GEORGE L. BEVAN JR.
11                                       Assistant United States Attorney

12

13

14  IT IS SO ORDERED.

15        9/6/06                         *Claudia Wilken*

16  Dated: _____              _____
17                                       CLAUDIA WILKEN
                                         United States District Judge
18

19

20

21

22

23

24

25

26

27

28