1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  GEORGE L. BEVAN JR. (CSBN 65207)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA, 94612
        Telephone: 510-637-3689
7                   415-308-7976
        Fax 510-637-3679
8       Email: George.bevan@usdoj.gov

9  Attorneys for Plaintiff
10
11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                       OAKLAND DIVISION
14

15 | UNITED STATES OF AMERICA,           )   CR No. 06-00253-CW
                                         )      AMENDED
16 |           Plaintiff,                )
                                         )   STIPULATION AND ORDER
17 |       v.                            )   RESCHEDULING DATE
                                         )   OF  SENTENCING
18 |                                     )
                                         )
19 | RODERICK A. SHACKELFORD             )
     WILLIAMS,                           )
20 |                                     )
              Defendant.                 )
21 |_____)

22
        The defendant, Roderick A. Williams, and the United States, through their
23
   respective counsel, hereby stipulate and agree to reschedule the defendant's appearance
24                                                          2:30
   from **September 11, 2006**, to **December 11, 2006, at ~~2:00~~ p.m.**  CJA panel counsel
25
   Michael Berger and government counsel agree that additional time is necessary in order
26
   for both sides to fulfill the consideration of the plea agreement, and for the case to be in a
27
   posture to proceed to sentencing.
28

1 | For these reasons, the parties jointly request that the currently sentencing date of
2 | sentencing date of September 11, 2006, to be rescheduled.

Dated:     9/5/06                               /s/
MICHAEL BERGER, ESQ.
Counsel for Defendant

KEVIN V. RYAN
United States Attorney

Dated:     9/5/06                               /s/
GEORGE L. BEVAN JR.
Assistant United States Attorney

IT IS SO ORDERED.

    9/6/06
Dated: _____          _____
                                CLAUDIA WILKEN
                                United States District Judge

2