## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil U.S. Magistrate Judge | **RE:** | WILLIAMS, Roderick Alexander Shackelford |
| **FROM:** | Claudette M. Silvera, Chief U.S. Pretrial Services Officer | **FILED** ~~DOCKET~~ NO.: SEP 1 2 2006 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND | CR-06-253 CW ~~CR 4-06-70107~~ |
| **DATE:** | September 7, 2006 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____Taifa M. Gaskins_____          _____(510) 637-3756_____
U.S. PRETRIAL SERVICES OFFICER                                  TELEPHONE NUMBER

**RE:**   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____/s/ Wayne D. Brazil_____                                    _____9-12-06_____
JUDICIAL OFFICER                                                           DATE

Cover Sheet (12/03/02)    cc: WDB's Stats, Copy to parties via ECF
                                     Pretrial, Financial

| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil |
| | U.S. Magistrate Judge |
| **From:** | Taifa M. Gaskins |
| | U.S. Pretrial Services Officer |
| **Subject:** | WILLIAMS, Roderick Alexander Shackelford |
| | CR4-06-70107 |
| **Date:** | September 7, 2006 |



# MEMORANDUM

---

Your Honor:

This memorandum is an addendum to the memorandums submitted to the Court on August 3 and August 17, 2006. On August 18, 2006, after Mr. Williams' bail violation hearing he reported to Pretrial Services and submitted a positive test for marijuana. When questioned about the positive test result by the Pretrial Services Officer Assistant administering the test, Mr. Williams' stated he may be testing positive because of some "supplements" he had taken. However, when Mr. Williams' was questioned more extensively by the undersigned officer he completely denied using any illicit substances since June, 2006. He did not mention that the test result might be positive because of his use of "supplements".

During this same office visit Mr. Williams also advised Pretrial Services that he was going on a family reunion cruise to Freeport in the Caribbean from August 19, 2006, to August 26, 2006. Mr. Williams advised that Pretrial Services Officer Ron Pease, Assistant United States Attorney George Bevan and his attorney, Michael Berger, were all aware of the arrangements. When questioned about how he could afford such a trip, Mr. Williams indicated his grandmother was paying for it.

The undersigned officer subsequently spoke to Officer Pease who advised that the defendant did not ever advise that he was taking the trip to Freeport. Officer Pease did confirm that Mr. Williams reported to him in person upon his return from the trip (on August 27, 2006) and tested negative for any illicit substances.

Furthermore, Mr. Williams reported to Pretrial Services in the Northern District of California (Oakland) on September 6, 2006, to submit a drug test, which was negative. Mr. Williams related that he was in the Northern District to prepare for his sentencing hearing and he came in to submit his drug test because he had missed a test in the District of Nevada the day before. Mr. Williams also advised that he has quit his job in anticipation of his upcoming sentencing hearing on September 11, 2006, before the Honorable Claudia Wilken, U.S. District Court Judge.

The undersigned Officer was not in the office to meet with Mr. Williams to discuss the information regarding his trip, or his quitting his job. It is also noteworthy that U.S. Probation Officer Charlie Mabie has advised that the defendant's sentencing hearing will likely be postponed.

PAGE 2 OF 2
Memorandum to the Honorable Wayne D. Brazil
U.S. Magistrate Judge
RE: Williams, Roderick

This memorandum is submitted for your Honor's information and direction.

Respectfully Submitted,

Taifa M. Gaskins
U.S. Pretrial Services Specialist

cc:   George Bevan
      Assistant U.S. Attorney

      Michael Berger
      Defense Counsel