MICHAEL R. BERGER
Attorney at Law
California State Bar No. 65195
3306 Harrison Street
Oakland, California 94611
Telephone: 510/834-4511

Attorney for Defendant
RODERICK A. SHACKELFORD WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RODERICK A. SHACKELFORD WILLIAMS,

    Defendant.

                                /

No. CR 06-00253-CW

**STIPULATION AND ORDER CONTINUING SENTENCING HEARING**

**STIPULATION:**

    Because the parties have just received the draft presentence report in this matter, and defendant's counsel requires sufficient time to review it with defendant, who resides in another state, it is stipulated that the sentencing hearing presently scheduled for December 11, 2006 be continued to **February 5, 2007 at 2:00 p.m.** The Probation Officer has been advised of this request and has no objection.

1  Dated: _____

                                        /s/
                                MICHAEL R. BERGER
                                Attorney for Defendant

   Dated:    12/5/06

                                KEVIN V. RYAN
                                United States Attorney


                          by        /s/
                                GEORGE L. BEVAN, JR.


                                ORDER

The court having read and considered the foregoing stipulation, IT IS HEREBY ORDERED that the sentencing hearing in this action be continued to February 5, ,2007 at 2:30 p.m.


        12/7/06
Dated: _____

                                *Claudia Wilken*
                        _____
                        THE HONORABLE CLAUDIA WILKEN
                              United States District Judge