SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, Ca. 94612
   Telephone: 510-637-3689
   Email: george.bevan@usdoj.gov

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00253 CW |
|         Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER RESCHEDULE DATE OF SENTENCING |
| RODERICK A. SHACKELFORD WILLIAMS, ) | |
|         Defendant. ) | |

      The defendant, Roderick A. Williams, and the United States, through their respective counsel, hereby stipulate and agree to reschedule the defendant's date of sentencing from **March 12, 2007,** to **June 20, 2007,** at **2:30 p.m.** The parties apologize to the Court fpr not having submitted a stipulation continuing the sentence from the last scheduled date. Government counsel has a trial before Judge Breyer in the case of <u>United States v. Rosenthal,</u> CR-02-0053-CRB, that will begin on March 19, 2007. The

volume of pretrial motions and other pretrial requirements of that case have been such that government counsel has fallen behind on other cases, including this case. Government counsel is not prepared to go forward with sentencing, and needs additional time to make the required submission to a committee within the U.S. Attorney's office relative to the government's position for sentencing. Additional time will insure that the defendant receives full consideration pursuant to the plea agreement. Moreover, defense counsel is currently in trial in state court which is predicted to last until early June 2007.

The date of June 20th, if convenient to the Court, is set out far enough so that government counsel's trial in the <u>Rosenthal</u> case will have been completed, and so that everything can be accomplished that is required by the plea agreement in this case.

Both counsel appreciate the Court's accommodation in rescheduling the defendant's sentencing.

Respectfully submitted,

Dated:  3/12/07          /s/
MICHAEL BERGER, ESQ.
Counsel for Defendant



SCOTT N. SCHOOLS
United States Attorney

 /s/
Dated:  3/12/07

GEORGE L. BEVAN JR.
United States Attorney

IT IS ORDERED.
      3/13/07
Dated: _____

*Claudia Wilken* (signature)

CLAUDIA WILKEN
United States District Judge

2